### 12776. ANDERSON *et al. v.* THE STATE.

LUKE, J. The evidence authorized the conviction of the defendants of shooting at another, and this court is without authority to interfere with the judgment overruling the motion for a new trial, based on general grounds only.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED NOVEMBER 17, 1921.

Conviction of shooting at another; from White superior court — Judge J. B. Jones. July 9, 1921.

*Underwood & Henderson, C. H. Edwards, T. S. Underwood,* for plaintiffs in error.

*J. G. Collins, solicitor-general,* contra.

---

### 12777. TROUP *v.* THE STATE.

BLOODWORTH, J. This case is controlled by the principle announced in *Antonopoulas* v. *State*, 26 *Ga. App.* 787 (107 S. E. 359), where it was held: " Where one is sentenced for a violation of a criminal statute, and, under the provisions of the act of the General Assembly approved August 16, 1913 (Ga. L. 1913, p. 112; Park's Penal Code, § 1081 (a), (b), (c), (d) ), on certain conditions named in the order, is allowed to serve the sentence ' outside the confines of the chain-gang, jail, or other place of detention,' and, while serving the sentence, violates the terms of his parole, and the court, upon the defendant being brought before it and after due examination, revokes its leave to the defendant to serve his term outside the chain-gang or other place of detention, this is not such a final judgment as is subject to review on a bill of exceptions." See *Antonopoulas* v. *State*, 151 *Ga.* 466 (107 S. E. 156). Under the above ruling the writ of error must be, and is

> *Dismissed. Broyles, C. J., and Luke, J., concur.*
> DECIDED NOVEMBER 17, 1921.

Accusation of possessing intoxicating liquor; revocation of parole under sentence; from city court of Baxley — Judge Lawrence. July 25, 1921.

*V. E. Padgett,* for plaintiff in error.

*C. H. Parker, solicitor,* contra.